# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORYAN KOHNWAY, | : | Civil No. 3:18-cv-1089 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN CLAIR DOLL, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 5th day of August, 2019, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge